UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6083

MICHAEL ELANDOUS JOHNSON,

Petitioner - Appellant,

versus

CHARLES HILL,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Chief District Judge. (CA-95-559-5-HC-F)

Submitted: December 10, 1996      Decided: January 13, 1997

Before NIEMEYER, HAMILTON, and WILLIAMS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Michael Elandous Johnson, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994).[*]   We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. <u>Johnson v. Hill</u>, No. CA-95-559-5-HC-F (E.D.N.C. Jan. 5, 1996).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.


<u>DISMISSED</u>

---

   [*] Effective April 26, 1996, 28 U.S.C. § 2254 was amended by the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214.  Because Johnson filed this appeal prior to the Act's enactment, we need not consider what effect the Act would have on this appeal.